No. 25-7114

In the

# United States Court of Appeals
## for the District of Columbia Circuit

Doe Corporation 1,

Doe Corporation 2,

Doe Corporation 3,

Doe Corporation 4,

*Plaintiffs-Appellants,*

v.

Inter-American Development Bank,

*Defendant-Appellee.*

On Appeal from the United States District Court for the
District of Columbia, No. 1:25-cv-01404-UNA

**APPELLANTS' RESPONSE TO EUGENE VOLOKH'S UNOPPOSED MOTION TO BE APPOINTED *PRO BONO AMICUS CURIAE* DEFENDING THE DISTRICT COURT'S ORDERS OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE *AMICUS* BRIEF ON AN APPELLEE BRIEF TIMETABLE**

Appellants Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4 (collectively, "Doe Corporations") respectfully submit this short response to Eugene Volokh's Unopposed Motion to Be Appointed *Pro Bono Amicus Curiae* Defending the District Court's Orders or,

in the Alternative, for Leave to File *Amicus* Brief on an Appellee Brief Timetable (the "Motion").

As reflected in the Motion, Doe Corporations do not oppose the relief requested by Mr. Volokh provided that Mr. Volokh file his brief no later than September 24 (which he has agreed to do). Doe Corporations intend to file a reply brief within the time limitations prescribed by Federal Rule of Appellate Procedure 31(a) or as otherwise directed by the Court.

Consistent with their Motion for Expedited Consideration of This Appeal, Doe Corporations reiterate their request that the Court schedule any oral argument and enter judgment on their appeal as soon as practicable.

Dated:  August 29, 2025

Respectfully submitted,

*/s/ Margaret E. Krawiec*

Margaret E. Krawiec
Michael A. McIntosh
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone:  202-371-7000
margaret.krawiec@skadden.com

*Counsel for Plaintiffs-Appellants Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(c)(2) and Circuit Rule 25(f), I hereby certify that on August 29, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I further certify that on the same date, I caused a copy of the foregoing to be served by email upon the following:

> Eugene Volokh
> *Pro se*
> Hoover Institution
> Stanford University
> volokh@stanford.edu

Dated: August 29, 2025

Respectfully submitted,

*/s/ Margaret E. Krawiec*
Margaret E. Krawiec
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
margaret.krawiec@skadden.com

*Counsel for Plaintiffs-Appellants Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*

# CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 149 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated:  August 29, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Margaret E. Krawiec*
　　　　　　　　　　　　　　　　Margaret E. Krawiec
　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　　1440 New York Ave., NW
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Telephone:  202-371-7000
　　　　　　　　　　　　　　　　margaret.krawiec@skadden.com

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs-Appellants Doe Corporation 1, Doe Corporation 2, Doe Corporation 3, and Doe Corporation 4*