# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7114**                          **September Term, 2025**

**1:25-cv-01404-UNA**

**Filed On:** November 20, 2025

Doe Corporation 1, et al.,

       Appellants

   v.

Inter-American Development Bank,

       Appellee

       **BEFORE:**     Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of appellants' statement requesting oral argument, which the court construes as a motion for oral argument, see Fed. R. App. P. 27(a)(1); and the statement of prospective amicus respecting oral argument, it is

**ORDERED** that the motion for oral argument be denied. The court concludes that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                     BY:     /s/
                                Selena R. Gancasz
                                Deputy Clerk